IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |  3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Keri Griesbach, et al. v. Bayer Corp., et al.* No. 3:11-cv-20003-DRH-PMF

## ORDER VACATING PLAINTIFF FACT SHEET DISMISSALS

Plaintiffs Lori Padgett, Kelsey Timbs, Danielle Williams-Hopkins, and Brandi Schneider have filed motions asking the Court to vacate its February 28, 2012 order dismissing their cases without prejudice for failure to comply with PFS requirements. As to each plaintiff, Bayer states that it is not opposed. Further, as to each plaintiff, Bayer has withdrawn its motion to dismiss with prejudice.

Accordingly, the Court hereby **vacates** the Order dismissing without prejudice the claims of Lori Padgett, Kelsey Timbs, Danielle Williams-Hopkins, and Brandi Schneider and thereby **reinstates** the same.

So Ordered:

Digitally signed by
David R. Herndon
Date: 2013.07.16
17:45:58 -05'00'

**Chief Judge**                                                    Date:  July 16, 2013
**United States District Court**